UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cr-00102-TWP-MJD |
| | ) | |
| JOSHUA N. BOWSER, | ) | - 01 |
| MICHAEL A. KNOLL, | ) | - 02 |
| MICHAEL E. HAMILTON, | ) | - 04 |
| JAMES W. BAIN, | ) | - 05 |
| EDWARD J. BOLEN, | ) | - 06 |
| DOMINIC R. MANGINE, | ) | - 07 |
| MICHAEL MEDLIN, | ) | - 08 |
| JAMIE A. BOLINGER, | ) | - 10 |
| STEPHEN M. WHITINGER, | ) | - 11 |
| VANCE CANNER, | ) | - 12 |
| BRYAN E. GLAZE, | ) | - 14 |
| STEPHEN D. DUFF, | ) | - 15 |
| RICHARD C. DEMARCO, JR., | ) | - 16 |
| MARK A. BISEL, | ) | - 18 |
| JOSEPH ALARCON, | ) | - 19 |
| CHARLES N. ERNSTES, II, | ) | - 20 |
| JOSEPH MAIO, | ) | - 22 |
| PAMELA K. CUMMINS, | ) | - 24 |
| JOSE DIAZ, | ) | - 25 |
| RIGO ROCHA-LOPEZ, | ) | - 26 |
| JUSTO ROJAS, | ) | - 27 |
| CARLOS MENA, | ) | - 28 |
| JORGE DANIEL LEDEZMA-CRUZ, | ) | - 30 |
| JORGE SEDENO-CALLEJAS, | ) | - 31 |
| CESAR GRANADOS, | ) | - 32 |
| BRIAN T. PEACOCK, | ) | - 34 |
| NORVEL TERRY, | ) | - 35 |
| THOMAS SWAN, | ) | - 37 |
| STEVEN LECCLIER, | ) | - 38 |
| TERREL ADAMS, | ) | - 41 |
| SCHARME L. BOLINGER, | ) | - 42 |
| DAX G. SHEPHARD, | ) | - 43 |
| CHRISTIAN J. MILLER, | ) | - 44 |
| ABRAHAM FLORES, | ) | - 46 |
| THOMAS A. GRIFFIN, JR., | ) | - 47 |
| FRANK JORDAN, | ) | - 48 |

| | | |
|---|---|---|
| THOMAS A. GRIFFIN, SR., | ) | - 49 |
| ROBERT ROBERTS, | ) | - 50 |
| ROBERT MUELHAUSEN, | ) | - 51 |
| | ) | |
| Defendants. | ) | |

## AMENDED
## ENTRY FOR CONFERENCE HELD DECEMBER 11, 2012

This matter was before the Court for a conference to discuss the progression of the case and to set a trial date. The Government appeared by Bradley Blackington, AUSA. Each Defendant was represented by counsel present in the Courtroom. Defendants, Abraham Flores and Frank Jordan appeared in person and in custody. Christina Courtright served as Spanish Interpreter. The Court Reporter was David Moxley.

Edward F. Schrager, Counsel for Defendant Thomas A. Griffin, Jr., orally moved to continue the trial set December 17, 2012 on behalf of Defendants 43, 44, 46, 47, 48, 49, 50, and 51. All Defendants join in the motion and the Government does not object. The jury trial set December 17, 2012 is VACATED. Additionally, the Court found that the ends of justice served by the continuation of a trial date outweigh the best interests of the public and Defendants to a speedy trial. The time that lapses is excludable under 18 U.S.C. § 3161 *et seq*.

Discussion was held regarding the status of the case and proposed pretrial deadlines.

This matter is scheduled for a pretrial conference on <u>May 7, 2013 at 9:00 a.m.</u>* in Courtroom 344 to discuss any evidentiary or scheduling matters.

With respect to trial preparation, the Court set the following deadlines:

**1.    Rule 404(b) Evidence**

Should the government intend to offer evidence of other crimes, wrongs, or acts at trial, the government shall file and serve on the defendants on or before **April 8, 2013**, a notice

---

* Please note this date is different from the date given in open court.

pursuant to Fed. R. Evid. 404(b) of the general nature of such evidence, identifying the specific purpose for which it will be offered.

   2.   **Notices of Expert Witnesses**

On or before **March 4, 2013**, the government and the defendants shall file and serve a written summary of testimony that they intend to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial. The summary must describe the opinions of the witnesses, the bases and reasons for these opinions, and the witnesses' qualifications.

   3.   **Pretrial Motions**

Any and all pretrial motions that fall within the scope of Rule 12(b)(3) of the Federal Rules of Criminal Procedure must be served and filed on or before **May 1, 2013**. The government must file any response in opposition to any such motions no later than **May 29, 2013**.

   4.   **Transcripts**

The government shall disclose to defense counsel copies of all transcripts of conversations for all intercepted telephone conversations that it intends to introduce into evidence at trial on or before **August 5, 2013**.

   5.   **Proposed Instructions and Voir Dire Questions**

The government and defense counsel shall each serve and file a copy of their proposed jury instructions and voir dire questions no later than **August 19, 2013**.

   6.   **Fed. R. Evid. 801(d)(2) Statements**

Should the government intend to offer evidence of various statements made by coconspirators in furtherance of the conspiracy pursuant to Rule 801(d)(2) of the Federal Rules of Evidence, the government must make a preliminary showing on the admissibility of such

statements under Rules 801(d)(2) and 104 of the Federal Rules of Evidence by filing a written proffer pursuant to United States v. Santiago, 582 F.2d 1128 (7th Cir. 1978) on or before **September 3, 2013**. (The Court notes Defendants' unanimous objection to this date. Further discussion will be held at the pretrial on May 7, 2013.)

**7.    Names of Witnesses**

All counsel shall disclose to opposing counsel the names of the witnesses they intend to call at trial on or before **September 3, 2013**. In the event the witness list needs to be supplemented or witnesses substituted, the parties agree to provide to opposing counsel notice of the name of the witness at least 72 hours before the witness is called. (The Court notes Defendants' unanimous objection to this date. Further discussion will be held at the pretrial on May 7, 2013.)

**8.    Exhibit Lists**

All counsel shall disclose to opposing counsel a list of the exhibits that they intend to introduce into evidence at trial on or before **August 26, 2013**. (The Court notes Defendants' unanimous objection to this date. Further discussion will be held at the pretrial on May 7, 2013.)

A final pretrial will be held on <u>Wednesday, August 21, 2013 at 11:00 a.m</u>. in Courtroom 344. Jury selection will be held on <u>Friday, September 6, 2013 at 9:00 a.m</u>. in Courtroom 344. The jury trial is scheduled to commence on <u>Monday, September 9, 2013 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana.

SO ORDERED.

Date: 12/12/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution :

Brent Westerfeld
bwesterfeld@wkelaw.com

Esperanza R. Alonzo
erabritton@hotmail.com

Gustin J. Raikos
gusto66@hotmail.com

Kenneth Lawrence Riggins
Kennethriggins@yahoo.com

Kevin McShane
kmcshane52@hotmail.com

Kimberly Shawntee Robinson
attyrobinson@msn.com

Steven D. Allen
steveallen@110lawoffice.com

Timothy J. Burns
timothyburns@110lawoffice.com

Alex R. Voils, Jr.
voilslaw@me.com

Andrew Stephen Roesener
ANDREW S. ROESENER ATTORNEY
AT LAW, P.C.
andyroesener@gmail.com

Harold Samuel Ansell
ATTORNEY AT LAW
attorneyansell@gmail.com

James C. McKinley
ATTORNEY AT LAW
jmckinley@justice.com

Michael Eugene Allen
ATTORNEY AT LAW
mallenatty@aol.com

Richard L. Ford
ATTORNEY AT LAW
rlfatty@gmail.com

Richard Mark Inman
ATTORNEY AT LAW
markinman13@aol.com

Victoria Ursulskis
ATTORNEY AT LAW
vursulsk@earthlink.net

Andrew J. Borland
BORLAND & GAERTE
ajb@bg-lawyers.com

Gregory P. Bowes
BOWES & ASSOCIATES. P.C.
greg@gregbowes.com

Bruce D. Brattain
BRATTAIN & MINNIX
bbrattain@brattainminnix.com

Mario Garcia
BRATTAIN & MINNIX
mgarcia@brattainminnix.com

Jackie Leigh Butler
BUTLER LAW GROUP
jackie@butlerlawgroup.com

Belle T. Choate
CHOATE & HAITH
choate@iquest.net

Edward F. Schrager
COHEN GARELICK & GLAZIER
eschrager@cgglawfirm.com

Stephen Ward Dillon
DILLON LAW OFFICE
steve@dillonlawindy.com

Anthony B. Ratliff  
DONINGER TUOHY & BAILEY LLP  
aratliff@dtblegal.com

Thomas A. Brodnik  
DONINGER TUOHY & BAILEY LLP  
tbrodnik@dtblegal.com

Abigail Lynn Seif  
EPSTEIN COHEN DONAHOE & MENDES  
abbyhur@aol.com

Jason A. Flora  
EPSTEIN COHEN DONAHOE MENDES & SEIF  
jason.flora@gmail.com

Dorie Ann Maryan  
GILROY KAMMEN & HILL  
doriehertzel@gmail.com

Richard Kammen  
GILROY, KAMMEN & HILL  
richard@kammenlaw.com

David E. Cook  
GRESK & SINGLETON, LLP  
dcook@gslawindy.com

Kathryn Y. Dinardo  
HAMMERLE LAW OFFICE  
kate@hammerlelawoffice.com

Robert W. Hammerle  
HAMMERLE LAW OFFICE  
robert@hammerlelawoffice.com

Howard N. Bernstein  
HOWARD NATHAN BERNSTEIN  
hbernstein210@comcast.net

Gwendolyn M. Beitz  
INDIANA FEDERAL COMMUNITY DEFENDERS  
gwendolyn_beitz@fd.org

Monica Foster  
INDIANA FEDERAL COMMUNITY DEFENDERS  
monica_foster@fd.org

James A. Edgar  
J. EDGAR LAW OFFICES, PC.  
jedgarlawyer@gmail.com

Heath Y. Johnson  
JOHNSON GRAY & MACABEE  
heathj@embarqmail.com

Russell A. Johnson  
JOHNSON GRAY & MACABEE  
rjohnson@jgmlawfirm.com

John A. Kesler, II  
KESLER & KESLER  
johnakeslerii@aol.com

Laura Paul  
LAURA PAUL, PC  
laura@laurapaul.net

Brian D. Williams  
LAW OFFICE OF BD WILLIAMS, LLC  
bdwilliams@bdlawnow.com

Jessie A. Cook  
LAW OFFICE OF JESSIE A. COOK  
jacook@iquest.net

Kathrine D. Jack  
LAW OFFICE OF KATHRINE JACK  
kjack@jacklawoffice.com

Paul Gerald Roland  
PAUL G ROLAND PC  
pgr@pgrolandlaw.com

Julie L. Smith  
PENCE HENSEL LLC  
jsmith@pencehensel.com

G. Allen Lidy  
ROSCOE STOVALL JR. & ASSOCIATES  
alidy@roscoelaw.com

John F. Kautzman  
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS & HASBROOK  
jfk@rucklaw.com

Michael A. Slagle  
SLAGLE LAW OFFICE  
maslagle@gmail.com

Theodore John Minch  
SOVICH MINCH LLP  
tjminch@sovichminch.com

Larry R. Champion  
STEWART & IRWIN P.C.  
lchampion@silegal.com

Bradley A. Blackington  
UNITED STATES ATTORNEY'S OFFICE  
bradley.blackington@usdoj.gov

Doris Pryor  
UNITED STATES ATTORNEY'S OFFICE  
doris.pryor@usdoj.gov

Vernon E. Lorenz  
VERNON E. LORENZ, P.C.  
vlorenz@vernonlorenzlaw.com

Frederick Vaiana  
VOYLES ZAHN & PAUL  
fvaiana@vzplaw.com

Cara Schaefer Wieneke  
WIENEKE LAW OFFICE, LLC  
cara@wienekelaw.com

Joel Craig Wieneke  
WIENEKE LAW OFFICE, LLC  
joel@wienekelaw.com

Michael James Wright  
WRIGHT SHAGLEY & LOWERY, PC  
mwright@wslfirm.com

Chad D. Wuertz  
WUERTZ LAW OFFICE  
chad@wuertzlaw.com

Zachary T. Rosenbarger  
WUERTZ LAW OFFICE, LLC  
zach@wuertzlaw.com